MORRIS PETERSON
William E. Peterson, No. 1528
Janine C. Prupas, No. 9156
6100 Neil Road, Suite 555
Reno, Nevada 89511
Telephone: (775) 829-6000
Facsimile: (775) 829-6001

Attorneys for Plaintiff/Counter-defendant
Andrew Hamilton dba
Realty of Incline Village



FILED ___   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

MAR - 6 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW HAMILTON dba REALTY OF INCLINE VILLAGE, a sole proprietorship,<br><br>Plaintiff,<br><br>vs.<br><br>GREENWICH INSURANCE COMPANY, a Connecticut corporation; and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.:   3:12-cv-00009-LRH-VPC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Please take notice that effective March 1, 2012 the law firm of Snell & Wilmer, L.L.P. will be substituted in for the law firm of Morris Peterson, now known as Morris Law Group, in the above captioned matter. Andrew Hamilton dba Realty of Incline Village League and all counsel have stipulated to this substitution, which substitution will be filed following this notice. Please direct all further notices and pleadings in this matter to:

Snell & Wilmer, L.L.P.
6100 Neil Road, Suite 555
Reno, Nevada 89511

ORRIS PETERSON
ATTORNEYS AT LAW
00 NEIL ROAD, SUITE 555
RENO, NEVADA 89511
775/829-6000
FAX 775/829-6001


Dated this 29th day of February, 2012.

MORRIS PETERSON

By: _____
William E. Peterson, No. 1528
Janine C. Prupas, No. 9156
6100 Neil Road, Suite 555
Reno, Nevada 89511

Attorneys for Plaintiff/Counter-defendant
Andrew Hamilton dba
Realty of Incline Village

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: March 1, 2012

MORRIS PETERSON
ATTORNEYS AT LAW
6100 NEIL ROAD, SUITE 555
RENO, NEVADA 89511
775/829-6000
FAX 775/829-6001

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS PETERSON, and that the following documents were served via electronic service:

**NOTICE OF SUBSTITUTION OF COUNSEL**

TO:

Sheri M. Thome
Wilson, Elser, Moskowitz, Edelman
 & Dicker LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101

DATED this 29th day of February, 2012.

By: _____

ORRIS PETERSON
ATTORNEYS AT LAW
00 NEIL ROAD, SUITE 555
RENO, NEVADA 89511
775/829-6000
FAX 775/829-6001

3